

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEQUAN ANTHONY FOWLER,<br>a/k/a "Smoke,"<br><br>Defendant. | Case No. 1:23-cr-165<br><br>Felon in Possession of a Firearm<br>(18 U.S.C. § 922(g)(1))<br><br>Forfeiture Notice |

### INDICTMENT

October 2023 Term – at Alexandria

THE GRAND JURY CHARGES THAT:

On or about March 19, 2020, in Woodbridge, Virginia, within the Eastern District of Virginia, the defendant, SEQUAN ANTHONY FOWLER, a/k/a "Smoke," knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Smith & Wesson 9mm caliber semiautomatic pistol bearing serial number FWY3271, said firearm having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE FOR FORFEITURE, AS DESCRIBED BELOW:

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant, SEQUAN ANTHONY FOWLER, is notified that if convicted of violating 18 U.S.C. § 922(g)(1), as alleged in this Indictment, he shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved or used in such violation.

(Pursuant to Title 18, United States Code, Section 924(d)(1); Title 28, United States Code, Section 2461(c); and Federal Rule of Criminal Procedure 32.2(a).)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREPERSON OF THE GRAND JURY

Jessica D. Aber
United States Attorney

By: _____
Megan C. Braun
Natasha Smalky
Assistant United States Attorneys

2